CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JUL 17 2012

JULIA  ...  , CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:06cr00014-005 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| STEPHEN ROBINSON | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Stephen Robinson's motion to vacate is **DENIED** and this action is STRICKEN from the active docket of the court. Further, finding that Robinson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**. The Clerk of Court is directed to send certified copies of the Memorandum Opinion and accompanying Order to Robinson.

**ENTER**: July 17, 2012.

UNITED STATES DISTRICT JUDGE